UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LONNIE UNDERWOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:17-cv-122-RLY-MPB |
| ) | |
| KATHY ALVEY (WARDEN); S. PATRICK ) | |
| (OFFICER); MR. KOZUHWSKI (OFFICER); ) | |
| CORIZON HEALTH, INC., SHIRLEY ) | |
| ALLARD, LPN (NURSE); and, MARY F. ) | |
| HARRISON, LPN (NURSE) ) | |
| ) | |
| Defendants. ) | |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court upon the filing of a Joint Stipulation of Dismissal with Prejudice. And the Court, having considered the same and being duly advised, now finds that the Stipulation is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that this cause of action is dismissed, WITH PREJUDICE, with each party to bear its respective costs and attorneys' fees.

Date: 8/30/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record